.THE VIRGINIA & GOLD HILL WATER CO., RESPONDENT, *v.* THE BURNING MOSCOW MINING CO., APPELLANT.

ON APPEAL from the First Judicial District Court, Hon. RICHARD RISING presiding.

*B. C. Whitman,* for Appellant.

*Crittenden & Sunderland,* for Respondent.

Opinion by BEATTY, J., BROSNAN, J., concurring.

The judgment in this case will be modified, on the authority of *B. F. Hastings & Co.* v. same defendant, and *J. C. Clark* v. same defendant.

The Court below will modify the judgment by striking out all that part thereof which requires the same to be paid or satisfied in gold coin.

The appellant will recover its costs in this Court.